**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Carlos Andino

                                            Plaintiff,

v.                                                              Case No.: 1:23−cv−14283
                                                                Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2026:

          MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendants' motion to compel [Dkt. 225] is denied for the reasons detailed in the Court's order. The Court cannot and will not strip non−party witness Salvador Ponce of his Fifth Amendment protections and compel Ponce to sit for a continued deposition. To the extent Defendants have made Ponce aware of this motion to compel, they are to provide him with a copy of this Order. Enter Order.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.